# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

TERRELL ROSS, ADC #120005                                                         PLAINTIFF

v.                                    NO. 5:16CV00074 JLH

DALLAS COUNTY JAIL                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE